# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Johnny Marcano**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant, | ) | 3:24-cv-00486-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Anna Cotton Wright, | ) | |
| U.S. Bankruptcy Court, | ) | |
| | ) | |
| Appellee(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2024 Order.

June 11, 2024

_____

Katherine Hord Simon, Clerk
United States District Court