# Memorandum

**To:**  Katie Simon, Clerk. U. S. District Court
401 W. Trade St., Charlotte, NC 28202

**From:**  Caroline Truesdale, Deputy Clerk

**Date:**  06/27/2024

**In re:**

District Court Case No.:   3:24-cv-00486

Bankruptcy Case No.:   24-30108

Pursuant to Fed. R. Bankr. P. 8001(a), the above-referenced bankruptcy appeal requires the attention of the United States District Court Judge for the following reason:

On 06/07/2024 a Memorandum to District Court from Bankruptcy Clerk, was entered on the District Court docket, at docket entry 2.

The memorandum incorrectly stated that the appellant, Mr. Marcano failed to pay the appeal filing fee. Mr. Marcano paid the $298 appeal filing fee to the Bankruptcy Court on 05/28/2024, and the Memorandum to District Court from Bankruptcy Clerk was entered in error.

As a result of the memorandum, the District Court case was dismissed and closed on 06/11/2024.

Please advise the Bankruptcy Court in writing of any action taken in connection with this appeal.

Thank you for your assistance in this matter.